AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: 08mj1279

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JASON DAVID SEBALD

I certify that I am admitted to practice in this court.

| 4/29/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |

| John C. Ellis, Jr. / Federal Defenders of SD | 228083 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, CA | | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |