UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>            Plaintiff,                        )<br>                                                          )<br>v.                                                       )<br>                                                          )<br>JASON DAVID SEBALD,              )<br>                                                          )<br>            Defendant.                    )<br>_____) | Case No. 08mj1279 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101


Dated:  April 29, 2008                               /s/ John C. Ellis, Jr.
                                                                  JOHN C. ELLIS, JR.
                                                                  Federal Defenders
                                                                  225 Broadway, Suite 900
                                                                  San Diego, CA 92101-5030
                                                                  (619) 234-8467  (tel)
                                                                  (619) 687-2666  (fax)
                                                                  john_ellis@fd.org