# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Jason David Sebald ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08MJ1279 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

NITA L. STORMES

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Maria Araceli Ayala-Mejia

DATED: 5-1-08

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk